HOWARD C. HOPSON, Appellant, v. NASSAU AND SUFFOLK LIGHTING COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ALMA SCHWEMM, as Administratrix, etc., of HENRY P. W. SCHWEMM, Deceased, Respondent, v. JACOB DEJONG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC KARSCH, Appellant.— Judgment reversed and the prisoner discharged, on the ground that the evidence entirely fails to establish a violation of section 1191 of the Penal Law. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ARMSTRONG, ROBINS CORPORATION, a Corporation, Appellant, v. CHARLES RICHMAN and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Transfer Tax on the Estate of HENRY L. EINSTEIN, Deceased. UNITED STATES TRUST COMPANY OF NEW YORK and Another, as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK PNEUMATIC SERVICE COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. THE CITY OF NEW YORK, Intervenor, Respondent. (Special Franchise Assessment Taxes of 1920.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MAIL AND NEWSPAPER TRANSPORTATION COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. THE CITY OF NEW YORK, Intervenor, Respondent. (Special Franchise Assessment Taxes of 1920.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

BECKIE GREENBERG, Appellant, v. ADVANCE FURNITURE COMPANY, INC., and Another, Doing Business under the Name of Z. PODOLSKY & SON, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Field* v. *Empire Case Goods Co.* (179 App. Div. 253). Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of ROSA DANKOWITZ, Deceased.— Decree affirmed, with cost. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of the Proceedings of HAGOP MELEDOSIAN, as Administrator, etc., of SHIN MELEDOSIAN, Also Known as PETER MELIDOS, Deceased. DJELAL MUNIF BEY, Ottoman Consul-General at the Port of New York, Appellant; GARABED MELEDOSIAN and Others, Respondents.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.